# Court of Appeals
# of the State of Georgia

ATLANTA, __May 12, 2025__

*The Court of Appeals hereby passes the following order:*

**A25A1572. SHOUSE v. SHOUSE.**

Harold Shelby Shouse, Jr. filed a notice of appeal in this action, and the appeal was docketed on April 11, 2025. As set forth in Court of Appeals Rule 23 (a), an appellant must file a brief within 20 days after the appeal is docketed. Therefore, Shouse's brief was due no later than May 1, 2025. Shouse, however, who is proceeding pro se, has neither filed a brief nor requested an extension of time in which to do so. Because Shouse has not filed a timely brief in this case, we hereby DISMISS his appeal. See Court of Appeals Rule 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__05/12/2025__*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*